1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| JOUVAL ZIVE, | Case No. 2:18-cv-9553 DSF |
| Plaintiff, | *Assigned to Judge Dale S. Fischer; Referred to Magistrate Judge Patrick J. Walsh* |
| v. | |
| TRANS UNION LLC; SELECT PORTFOLIO SERVICING, INC. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SELECT PORTFOLIO SERVICING, INC.** |
| Defendants. | |
| | Complaint Filed:   November 11, 2018 |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Having reviewed the Joint Stipulation of Dismissal ("Stipulation") filed by Plaintiff Jouval Zive and Defendant Select Portfolio Servicing, Inc. and good cause appearing, the Court **GRANTS** the Stipulation and **DISMISSES WITH**

1

2 **PREJUDICE** Defendant Select Portfolio Servicing, Inc. with each party to bear their

3 respective costs and fees.

4     IT IS SO ORDERED.

5 DATED: September 23, 2019

6 _____

7 Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28